133 A.3d 733

Mary Ann PROTZ, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (DERRY
AREA SCHOOL DISTRICT), Respondents.

Supreme Court of Pennsylvania.

March 22, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of March, 2016, the Petition for
Allowance of Appeal is **GRANTED.** The issue, as stated by
petitioner, is:

> Whether the Commonwealth Court—after properly deter-
> mining that Section 306(a.2) of the Workers' Compensation
> Act was unconstitutional—erred in remanding the case to
> the Workers' Compensation Judge with instructions to ap-
> ply the Fourth Edition of the American Medical Associa-
> tion's *Guides to the Evaluation of Permanent Impairment*
> when neither Section 306(a.2) nor any other section of the
> Act ever references the Fourth Edition and its usage was
> not sanctioned by the Pennsylvania Legislature.